FILED

FEB 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED,<br>c/o 3033 N. Dickerson Street<br>Arlington, Virginia 22207<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HARBERT INTERNATIONAL, INC.;<br>c/o Mr. Raymond J. Harbert<br>2913 Southwood Road<br>Birmingham, Alabama 35223-1232<br><br>BILHAR INTERNATIONAL<br>ESTABLISHMENT;<br>c/o Mr. Bill L. Harbert<br>205 Vestavia Circle<br>Birmingham, Alabama 35216<br><br>BILL HARBERT INTERNATIONAL<br>CONSTRUCTION, INC.;<br>c/o Mr. Bill L. Harbert<br>205 Vestavia Circle<br>Birmingham, Alabama 35216<br><br>RAYMOND J. HARBERT; and<br>2913 Southwood Road<br>Birmingham, Alabama 35223-1232<br><br>BILL L. HARBERT<br>205 Vestavia Circle<br>Birmingham, Alabama 35216<br><br>　　　　　　　　　Defendants. | CASE NUMBER  1:06CV00324<br><br>JUDGE: John D. Bates<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 02/23/2006 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Harbert International, Inc.; Bilhar International Establishment; Bill Harbert International Construction, Inc.; Raymond J. Harbert; and Bill L. Harbert ("the Defendants"), by and through counsel, pursuant to 28 U.S.C. § 1441 and in

1

accordance with 28 U.S.C. § 1446, on the following grounds hereby remove this civil action to the United States District Court for the District of Columbia:

1. An action captioned *King & King, Chartered v. Harbert International, Inc., et al.*, Case No. 06-0000367, was commenced by Plaintiff in the Superior Court of the District of Columbia on January 20, 2006 ("the Complaint").

2. Pursuant to 28 U.S.C. § 1446(a), a copy of Plaintiff's Complaint and all other process, pleadings and orders served upon the Defendants in this action are attached to this Notice as Exhibit 1.

3. This removal is based on the fact that federal diversity jurisdiction exists over this action because the amount in controversy exceeds $75,000 and all parties are completely diverse. See 28 U.S.C. § 1332.

4. The Plaintiff has requested relief in the amount of $4,779,830.20 plus interest. See the Complaint, ¶ 40, at 21.

5. For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of any State in which it is incorporated and of the State where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

6. The Plaintiff is "organized and existing as a professional corporation" under the laws of the District of Columbia and "at all times pertinent to this action its office was located in the District of Columbia." See the Complaint, ¶ 1, at 1–2.

7. Harbert International, Inc. is incorporated in Delaware and has its principal place of business in Alabama.

8. Bilhar International Establishment is incorporated in Liechtenstein and has its principal place of business in Liechtenstein.

9. Bill Harbert International Construction, Inc. is incorporated in Delaware and has its principal place of business in Alabama.

10. Raymond J. Harbert is a citizen of Alabama.

11. Bill L. Harbert is a citizen of Alabama.

12. At the time of filing the Complaint in the Superior Court of the District of Columbia, complete diversity of citizenship existed between the Plaintiff and the Defendants.

13. At the time of filing this Notice of Removal in the United States District Court for the District of Columbia, complete diversity of citizenship existed between the Plaintiff and the Defendants.

14. This Notice of Removal is timely because it is being filed within thirty days after "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

15. The first defendant to receive a copy of the initial pleading, Bill L. Harbert, received a copy of the Complaint on January 27, 2006.

16. All defendants join in this Notice of Removal.

17.  Concurrent with the filing of this Notice of Removal and pursuant to 28 U.S.C. § 1446(d) the Defendants are giving written notice of this Notice of Removal to the Superior Court of the District of Columbia, Civil Division.

Respectfully submitted,

For Harbert International, Inc.

By: _____
Michael J. McManus      (#262832)
Jeffrey J. Lopez        (#453052)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

For Bilhar International Establishment

By: _____
Laurence Schor          (#11484)
Dennis C. Ehlers        (#478721)
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

For Bill Harbert International Construction, Inc.

By: _____
Laurence Schor          (#11484)
Dennis C. Ehlers        (#478721)
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

For Raymond J. Harbert

By: _/s/ Michael J. McManus_
    Michael J. McManus   (#262832)
    Jeffrey J. Lopez        (#453052)
    DRINKER BIDDLE & REATH LLP
    1500 K Street, N.W.
    Suite 1100
    Washington, D.C. 20005
    Telephone: (202) 842-8800
    Facsimile: (202) 842-8465

For Bill L. Harbert

By: _/s/ Dennis C. Ehlers_
    Laurence Schor     (#11484)
    Dennis C. Ehlers    (#478721)
    MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
    1155 Fifteenth Street, N.W.
    Suite 900
    Washington, D.C. 20005
    Telephone: (202) 296-9260
    Facsimile: (202) 659-3732

February 23, 2006