IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KING & KING, CHARTERED,　　　　　　　)
c/o 3033 N. Dickerson Street　　　　　　　　)
Arlington, Virginia 22207　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　Plaintiff,　　)
　v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
HARBERT INTERNATIONAL, INC.;　　　　)
c/o Mr. Raymond J. Harbert　　　　　　　　)
2913 Southwood Road　　　　　　　　　　)
Birmingham, Alabama 35223-1232　　　　　)
　　　　　　　　　　　　　　　　　　　　)
BILHAR INTERNATIONAL　　　　　　　　)
ESTABLISHMENT;　　　　　　　　　　　)
c/o Mr. Bill L. Harbert　　　　　　　　　　　)
205 Vestavia Circle　　　　　　　　　　　　)　Civil Action No. _____
Birmingham, Alabama 35216　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
BILL HARBERT INTERNATIONAL　　　　)
CONSTRUCTION, INC.;　　　　　　　　　)
c/o Mr. Bill L. Harbert　　　　　　　　　　　)
205 Vestavia Circle　　　　　　　　　　　　)
Birmingham, Alabama 35216　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
RAYMOND J. HARBERT; and　　　　　　　)
2913 Southwood Road　　　　　　　　　　)
Birmingham, Alabama 35223-1232　　　　　)
　　　　　　　　　　　　　　　　　　　　)
BILL L. HARBERT　　　　　　　　　　　　)
205 Vestavia Circle　　　　　　　　　　　　)
Birmingham, Alabama 35216　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　Defendants.　　)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Harbert International, Inc., by and through counsel, hereby discloses the following:

1.　　Harbert International, Inc., is a wholly owned subsidiary of Harbert Corporation.

2.	No publicly held corporation owns 10% or more of Harbert International, Inc.'s stock.

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Harbert International, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Harbert International, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Harbert International, Inc.

Respectfully submitted,

By: _____
Michael J. McManus		(#262832)
Jeffrey J. Lopez		(#453052)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

Counsel for Harbert International, Inc.

February 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was sent, via overnight mail, on this **23rd day of February, 2006**, to:

Christopher M. McNulty
King & King, Chartered
c/o 3033 N. Dickerson St.
Arlington, Virginia 22207

*Attorney for Plaintiff*

_____
Justin O. Kay