IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED,<br>c/o 3033 N. Dickerson Street<br>Arlington, Virginia 22207<br><br>        Plaintiff,<br> v.<br><br>HARBERT INTERNATIONAL, INC.;<br>c/o Mr. Raymond J. Harbert<br>2913 Southwood Road<br>Birmingham, Alabama 35223-1232<br><br>BILHAR INTERNATIONAL<br>ESTABLISHMENT;<br>c/o Mr. Bill L. Harbert<br>205 Vestavia Circle<br>Birmingham, Alabama 35216<br><br>BILL HARBERT INTERNATIONAL<br>CONSTRUCTION, INC.;<br>c/o Mr. Bill L. Harbert<br>205 Vestavia Circle<br>Birmingham, Alabama 35216<br><br>RAYMOND J. HARBERT; and<br>2913 Southwood Road<br>Birmingham, Alabama 35223-1232<br><br>BILL L. HARBERT<br>205 Vestavia Circle<br>Birmingham, Alabama 35216<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Bilhar International Establishment ("Bilhar") and Bill Harbert International Construction, Inc. ("BHIC"), by and through counsel, hereby disclose the following:

1.  Bilhar is wholly owned by Defendant Bill L. Harbert, and individual. Therefore, Bilhar has no parent company and no publicly held corporation owns 10% or more of Bilhar's stock.

2.  BHIC also has no parent company and no publicly held corporation owns 10% or more of BHIC's stock.

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Bilhar International Establishment and Bill Harbert International Construction, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Bilhar International Establishment and/or Bill Harbert International Construction, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Bilhar International Establishment and Bill Harbert International Construction, Inc.

Respectfully submitted,

By: /s/ Dennis C. Ehlers
Laurence Schor (#11484)
Dennis C. Ehlers (#478721)
McManus, Schor, Asmar & Darden, LLP
1155 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

February 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was sent, via overnight mail, on this **23rd day of February, 2006**, to:

>Christopher M. McNulty
>King & King, Chartered
>c/o 3033 N. Dickerson St.
>Arlington, Virginia 22207.
>
>*Attorney for Plaintiff*

Justin O. Kay