IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 1:06-cv-00324 (JDB) |
| HARBERT INTERNATIONAL, INC., ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING DEFENDANTS HARBERT INTERNATIONAL INCORPORATED'S AND RAYMOND J. HARBERT'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

The Motion of Defendants Harbert International Inc., and Raymond J. Harbert is GRANTED, and it is hereby ordered that the Complaint as to Harbert International, Inc. and Raymond J. Harbert is dismissed in its entirety.

The Clerk is directed to forward copies of this Order to counsel of record.

Executed this ___ day of _____, 2006. _____

U.S. District Judge

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465


Laurence Schor
Dennis C. Ehlers
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732


Christopher M. McNulty
KING & KING, CHARTERED
c/o 3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576