IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARBERT INTERNATIONAL, INC., )<br>*et al.* )<br>)<br>Defendants. ) | Civil Action No. 1:06-cv-00324 (JDB) |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the Motion to Dismiss and Memorandum of Law of Defendants Bilhar International Establishment, Bill Harbert International Construction, Inc., and Bill L. Harbert and proposed Order were served as follows:

<u>via hand delivery on March 3, 2006 on</u>:
Christopher M. McNulty
King & King, Chartered
3033 N. Dickerson St.
Arlington, Virginia 22207.
Counsel for Plaintiff

and

<u>electronically on March 2, 2006 on</u>:
Michael J. McManus
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Counsel for Harbert International, Inc. and Raymond J. Harbert

                                               /s/
                                               Susan L. Schor

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Amended Certificate of Service were served this 3rd day of March 2006 as follows:

<u>via hand delivery</u>:
Christopher M. McNulty
King & King, Chartered
3033 N. Dickerson St.
Arlington, Virginia 22207.
Counsel for Plaintiff

    and

<u>via telefax</u>:
Michael J. McManus
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Counsel for Harbert International, Inc. and Raymond J. Harbert

                                                      /s/
                                       Susan L. Schor