# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| King & King, Chartered, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Case No.   06-cv-00324 (JDB) |
| | ) | |
| Harbert International, Inc. *et al*, | ) | |
| | ) | |
| **Defendants** | ) | |

## CERTIFICATE UNDER LCv R7.1

I, the undersigned, counsel of record for plaintiff, King & King, Chartered certify that to the best of my knowledge and belief,  plaintiff, King & King, Chartered is privately held and there are no parent companies, subsidiaries or affiliates of plaintiff, King & King, Chartered, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of the Court may determine the need for recusal.

Attorney of Record

                    /s/

Signature: Christopher M. McNulty

D.C. No. 362550

Bar Identification Number

Christopher M. McNulty

Print Name

3033 N. Dickerson Street

Address

Arlington, Virginia   22207

City          State      Zip

703-237-4576

Telephone Number