**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KING & KING, CHARTERED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No. 1:06-cv-00324 (JDB) |
| **HARBERT INTERNATIONAL, INC.,** ) | |
| *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DEFENDANTS BILHAR INTERNATIONAL ESTABLISHMENT, BILL HARBERT INTERNATIONAL CONSTRUCTION, INC., AND BILL L. HARBERT

The Court, having considered the Motion to Dismiss First Amended Complaint and Memorandum of Law of Defendants Bilhar International Establishment, Bill Harbert International Construction, Inc., and Bill L. Harbert ("Motion"), the opposition of Plaintiff, and the argument of counsel, and it appearing to the Court that Defendants' Motion should be granted, it is this ___ day of _____ 2006

ORDERED that Defendants' Motion be, and the same hereby is, GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.


Executed this ___ day of _____, 2006.     _____
                                                U.S. District Judge

- 2 -

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus, Esq.
Jeffrey J. Lopez, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone:  (202) 842-8800
Facsimile:  (202) 842-8465

Laurence Schor, Esq.
Dennis C. Ehlers, Esq.
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone:  (202) 296-9260
Facsimile:  (202) 659-3732

Christopher M. McNulty, Esq.
KING & KING, CHARTERED
c/o 3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576