UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,** ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No.   06-cv-00324 (JDB) |
| ) | |
| **Harbert International, Inc.** *et al*, ) | |
| ) | |
| **Defendants** ) | |

### ORDER DENYING MOTIONS TO DISMISS OF DEFENDANTS, HARBERT INTERNATIONAL, INC., RAYMOND J. HARBERT, BILL L. HARBERT, BILL HARBERT INTERNATIONAL CONSTRUCTION, INC. AND BILL HARBERT INTERNATIONAL ESTABLISHMENT

The Court, having considered the defendants' motions to dismiss, plaintiff's response in opposition thereto and the argument of counsel, and it appearing to the Court that the motions should be denied, it is this ___ day of ____, 2006;

ORDERED that defendants' motions be denied.

The Clerk of the Court is directed to forward copies of this Order to counsel for the parties.

_____
U.S. District Court Judge