IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 1:06-cv-00324 (JDB) |
| HARBERT INTERNATIONAL, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants Bilhar International Establishment ("BIE"), Bill Harbert International Construction, Inc. ("BHIC"), and Bill L. Harbert ("Bill Harbert") (hereafter "Defendants"), by and through counsel, respectfully move this Court for a two (2) day enlargement of time, through and including the close of business April 20, 2006, to file their reply to Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint. Good cause exists to grant this motion.

### FACTS

1. On February 23, 2006, Plaintiff's case was filed in this Court.

2. On March 3, 2006, Defendants filed a Motion to Dismiss.

3. On March 12, 2006, Plaintiff filed an Amended Complaint.

4. On March 27, 2006, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint

5. On April 5, 2006, Plaintiff filed a Response Opposing Defendants' Motion to Dismiss.

6. Defendants' Reply to Plaintiff's Opposition is due on April 18, 2006.[1]

## ARGUMENT

Since being served with Plaintiff's Opposition to Defendants' Motion to Dismiss, Defendants' counsel have diligently worked to prepare their reply. However, due to other deadlines and commitments, additional time is required in order to address each of Plaintiff's points of opposition. Defendants believe that the additional time will result in a reply that will assist the Court in deciding on Defendants' Motion to Dismiss.

No previously scheduled deadlines will be affected by the requested extension since there are no other scheduled deadlines.

Pursuant to Local Civil Rule ("LCvR") 7(m), Defendants have conferred with counsel for Plaintiff and the other Defendants, who have agreed to the requested enlargement. The requested enlargement will not prejudice any party.

For these reasons, Defendants BIE, BHIC, and Bill Harbert respectfully request that the Court grant their Motion for Enlargement of Time to File a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss. A proposed order is being submitted with this Motion.

                Respectfully Submitted

                BILHAR INTERNATIONAL
                ESTABLISHMENT,
                BILL HARBERT INTERNATIONAL
                  CONSTRUCTION, INC.,
                BILL L. HARBERT

---

[1] The April 18, 2006 due date was calculated by adding five business days from the service date of Plaintiff's Opposition of Defendants' Motion to Dismiss and then adding three days for mailed service. The third day fell on Saturday, April 15, 2006, and because the next business day, Monday, April 17, 2006, was a holiday, April 18, 2006 is the due date.

        By: \_\_\_\_\_/s/_____
        Laurence Schor (#11484)
        Dennis C. Ehlers (#478721)
        McManus, Schor, Asmar & Darden, LLP
        1155 15th Street, N.W.
        Suite 900
        Washington, D.C. 20005
        Telephone: (202) 296-9260
        Facsimile: (202) 659-3732

April 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Defendants' consent Motion for an Enlargement of Time to Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint and proposed Order were served electronically this 18th day of April 2006 on:

Christopher M. McNulty, Esq.
King & King, Chartered
3033 N. Dickerson St.
Arlington, Virginia 22207
*Counsel for Plaintiff*

and

Michael J. McManus, Esq.
Jeffrey J. Lopez, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for Defendants Harbert International, Inc. and Raymond J. Harbert*

               /s/
              Dennis C. Ehlers