IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KING & KING, CHARTERED,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HARBERT INTERNATIONAL, INC.,** )<br>*et al.,* )<br>)<br>**Defendants.** ) | Civil Action No. 1:06-cv-00324 (JDB) |

## ORDER

Upon consideration of the Consent Motion for an Enlargement of Time to File Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint of Defendants Bilhar International Establishment, Bill Harbert International Construction, Inc., and Bill L. Harbert ("Bill Harbert") ("Defendants"), and it appearing that, with the consent of the parties, the motion should be granted, it is this ___ day of ____ 2006 hereby

ORDERED that Defendants' Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED That Defendants shall have up to and including April 20, 2006, to file their reply to Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint.

                                                                                       _____
                                                                                       John. D. Bates
                                                                                       United States District Judge

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus, Esq.
Jeffrey J. Lopez, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

Laurence Schor, Esq.
Dennis C. Ehlers, Esq.
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

Christopher M. McNulty, Esq.
KING & KING, CHARTERED
3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576