UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,**<br><br>                Plaintiff<br>    v.<br><br>**Harbert International, Inc.** *et al*,<br><br>                **Defendants** | Case No.  06-cv-00324 (JDB) |

## SECOND AMENDED COMPLAINT

1.   Plaintiff adopts and repleads, as if set forth entirely herein, Paragraphs 1-44 and the jury demand of the First Amended Complaint.

2.   During the period of time, commencing in February 1995, plaintiff was working on behalf of defendants pursuant to the contingent fee agreement, plaintiff received either no hourly fee, or a substantially reduced hourly fee for its efforts.  Defendants discharged plaintiff without giving or having cause.  Plaintiff is entitled to be compensated in an amount equal to the reasonable value of the services it rendered on behalf of defendants during the period February 1995 through January 2003.

                                          Respectfully submitted,

                                          King & King, Chartered

                                            By:      /s/
                                                 Christopher M. McNulty
                                                 D.C. Bar No. 362550

                                          Attorney for Plaintiff, King & King,
                                          Chartered
                                          c/o 3033 N. Dickerson Street
                                          Arlington, Virginia 22207
                                          Tel: (703) 237-4576