UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**Harbert International, Inc.** *et al*, )<br>)<br>**Defendants** )<br>) | Case No.  06-cv-00324 (JDB) |

### ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

The Court, having considered plaintiff's motion for leave to amend the Complaint a second time, defendants' response in opposition thereto and the argument of counsel, and it appearing to the Court that the motion should be granted, it is this ___ day of _____, 2006;

ORDERED that plaintiff's motion be granted.

The Clerk of the Court is directed to forward copies of this Order to counsel for the parties.

_____
U.S. District Court Judge