IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:06-cv-00324 (JDB) |
| ) | |
| HARBERT INTERNATIONAL, INC., ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having considered King & King, Chartered's ("Plaintiff") Motion for Leave to File Second Amended Complaint ("Motion"), opposition by Defendants, and it appearing to the Court that Plaintiff's Motion should be denied, it is this ___ day of _____ 2006

ORDERED that Plaintiff's Motion be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.


Executed this ___ day of _____, 2006.    _____
U.S. District Judge

- 2 -

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

Laurence Schor
Dennis C. Ehlers
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

Christopher M. McNulty
KING & KING, CHARTERED
c/o 3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576