IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARBERT INTERNATIONAL, INC., )<br>*et al.* )<br>)<br>Defendants. ) | Civil Action No. 1:06-cv-00324 (JDB) |

**PROPOSED ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

The Motion of Plaintiff King & King, Chartered, is DENIED, and it is hereby ordered that the First Amended Complaint shall not be amended.

The Clerk is directed to forward copies of this Order to counsel of record.


Executed this ___ day of _____, 2006. _____

U.S. District Judge

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465


Laurence Schor
Dennis C. Ehlers
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732


Christopher M. McNulty
KING & KING, CHARTERED
c/o 3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576