# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KING & KING, CHARTERED,          .
                                 .
        Plaintiff,               .
                                 .    CA No. 06-0324 (JDB)
     v.                          .
                                 .    Washington, D.C.
HARBERT INTERNATIONAL INC.,      .    Wednesday, May 24, 2006
et al.,                          .    10:07 a.m.
                                 .
        Defendants.              .
                                 .
. . . . . . . . . . . . . .       .

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:              CHRISTOPHER M. MCNULTY, ESQ.
                                King & King, Chartered
                                3033 N. Dickerson Street
                                Arlington, Virginia 22207
                                703-237-4576


For Defendants                  MICHAEL J. MCMANUS, ESQ.
Harbert International           JEFFREY J. LOPEZ, ESQ.
Raymond Harbert:                Drinker Biddle & Reath, LLP
                                1500 K Street, NW
                                Suite 1100
                                Washington, D.C. 20005-1209
                                202-842-8800


For Defendants                  DENNIS C. EHLERS, ESQ.
Bilhar International            McManus, Schor, Asmar & Darden, LLP
Bill Harbert International      155 Fifteenth Street, NW
Bill L. Harbert:                Suite 900
                                Washington, D.C. 20005
                                202-296-9260


Court Reporter:                 BRYAN A. WAYNE, RPR, CRR
                                Official Court Reporter
                                U.S. Courthouse, Room 4808-B
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                202-216-0313

```
1              MR. MCNULTY:  Thank you, Your Honor.  I'm going to
2       start by --
3              THE COURT:  What's your theory in terms of -- forget
4       about the contingency fee for just a second.  What's your theory
5       on the second amended complaint?  What is it that you are trying
6       to say that I'm having a hard time figuring out what you're
7       actually saying?  Was King & King paid $150 an hour for the
8       hours expended?
9              MR. MCNULTY:  Yes.  As far as I know, Your Honor,
10      there's no -- the billings that were made on an hourly basis,
11      there are no unpaid portions of that.
12             THE COURT:  So what is the quantum meruit or other
13      basis for the claim that is supported by the second paragraph of
14      the second amended complaint?
15             MR. MCNULTY:  The claim is for the reasonable value of
16      the services provided.  We started out --
17             THE COURT:  So your argument is that the $150 an hour
18      agreed to in the contract is not the reasonable value of the
19      services.
20             MR. MCNULTY:  That's correct.
21             THE COURT:  Don't I have to look at the contract to
22      determine that?
23             MR. MCNULTY:  Possibly.
24             THE COURT:  Do you think I'm ever going to see the
25      contract?
```