IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HARBERT INTERNATIONAL, INC., )<br>*et al.* )<br>)<br>Defendants. ) | Civil Action No. 1:06-cv-00324 (JDB) |

**PROPOSED ORDER GRANTING DEFENDANTS HARBERT INTERNATIONAL, INC.'S AND RAYMOND J. HARBERT'S MOTION TO DISMISS PLAINTIFF'S REVISED SECOND AMENDED COMPLAINT**

The Motion of Defendants Harbert International, Inc. and Raymond J. Harbert, is GRANTED, and it is hereby ordered that the Revised Second Amended Complaint is dismissed in its entirety.

The Clerk is directed to forward copies of this Order to counsel of record.

Executed this ___ day of _____, 2006. _____

U.S. District Judge

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465


Laurence Schor
Dennis C. Ehlers
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732


Christopher M. McNulty
KING & KING, CHARTERED
c/o 3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576