**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KING & KING, CHARTERED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No. 1:06-cv-00324 (JDB) |
| **HARBERT INTERNATIONAL, INC.,** ) | |
| *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S
<u>SECOND AMENDED COMPLAINT</u>**

Defendants Bilhar International Establishment ("BIE"), Bill Harbert International Construction, Inc. ("BHIC") and Bill L. Harbert ("Bill Harbert") (collectively "B Defendants"), by and through counsel, hereby submit their Motion to Strike a portion of Plaintiff King & King, Chartered's ("King & King") Revised Second Amended Complaint ("Motion") for exceeding the scope of this Court's Order.

During a hearing held on May 24, 2006, this Court granted King & King's Motion for Leave to File, and Ordered that King & King file a second amended complaint incorporating the allegations from the first amended complaint in full, rather than by reference, into its second amended complaint. The Court's oral ruling at the motions hearings was followed by a Minute Order dated May 25, 2006, which is consistent with the Court's oral ruling.

B Defendants have reviewed King & King's Revised Second Amended Complaint and have noted that counsel for King & King has made some changes to the First Amended Complaint. In its Revised Second Amended Complaint, King & King made both numerous grammatical corrections and changes (which B Defendants are not contesting) and also one

- 2 -

substantive change by adding the word "previously" on page 17, paragraph 1, second sentence. With regard to this addition, B Defendants do not know the import or effect of its potential prejudice; however, given that B Defendants have raised the statute of limitations as an issue in this case, King & King's addition of a term affecting time is prejudicial.

Pursuant to the Federal Rules of Civil Procedure ("FRCP") 12(f), "the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Thus, King& King's added term serves to either add substance to its amended complaint, which is prejudicial to B Defendants, or the addition is redundant or immaterial.

B Defendants fairly read this Court's May 25 Minute Order as limiting any revisions to King & King's Second Amended Complaint to allow only the addition of the allegations from its first amended complaint King & King was not given a license to go back and make substantive changes.  B Defendants respectfully ask this Court to find that any revisions and additions beyond the scope of the Order be stricken from King & King's complaint as either prejudicial or redundant and immaterial.

                                                 Respectfully submitted,

                                                 BILHAR INTERNATIONAL ESTABLISHMENT,
                                                 BILL HARBERT INTERNATIONAL
                                                   CONSTRUCTION, INC.,
                                                 BILL L. HARBERT

                                                 By:_____/s/_____

- 3 -

                                         Laurence Schor (#11484)
                                         Dennis C. Ehlers (#478721)
                                         McManus, Schor, Asmar & Darden, LLP
                                         1155 15th Street, N.W.
                                         Suite 900
                                         Washington, D.C. 20005
                                         Telephone:  (202) 296-9260
                                         Facsimile:  (202) 659-3732

- 4 -

## CERTIFICATE OF SERVICE

     I hereby certify that true and correct copies of the foregoing were served electronically this 2nd day of June 2006 on:

Christopher M. McNulty, Esq.
King & King, Chartered
3033 N. Dickerson St.
Arlington, Virginia 22207
*Counsel for Plaintiff*

and

Michael J. McManus, Esq.
Jeffrey J. Lopez, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for Defendants Harbert International,*
*Inc. and Raymond J. Harbert*


                                    _____/s/_____
                                         Dennis C. Ehlers