**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KING & KING, CHARTERED,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 1:06-cv-00324 (JDB) |
| **HARBERT INTERNATIONAL, INC.,** | ) |
| *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Defendants' Bilhar International Establishment, Bill Harbert International Construction, Inc., and Bill L. Harbert ("Bill Harbert") ("Defendants") Motion to Strike certain portions of Plaintiff King & King Chartered's ("Plaintiff") Revised Second Amended Complaint, it is this ___ day of ____ 2006 hereby

ORDERED that Defendants' Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED That the word "previously" be stricken from Plaintiff's Revised Second Amended Complaint found on page 17, paragraph 1, second sentence.

John. D. Bates
United States District Judge

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus, Esq.
Jeffrey J. Lopez, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone:  (202) 842-8800
Facsimile:  (202) 842-8465

Laurence Schor, Esq.
Dennis C. Ehlers, Esq.
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone:  (202) 296-9260
Facsimile:  (202) 659-3732

Christopher M. McNulty, Esq.
KING & KING, CHARTERED
3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576