UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Case No. 06-cv-00324 (JDB) |
| ) | |
| **Harbert International, Inc.** *et al*, ) | |
| ) | |
| **Defendants** ) | |

**ORDER DENYING DEFENDANTS', RAYMOND J. HARBERT, HARBERT INTERNATIONAL, INC., BILL L. HARBERT, BILL HARBERT INTERNATIONAL CONSTRUCTION, INC. AND BILHAR INTERNATIONAL ESTABLISHMENT, MOTIONS TO DISMISS THE REVISED SECOND AMENDED COMPLAINT**

The Court having considered the defendants' motions to dismiss, plaintiff's response thereto, the defendants' replies, the arguments of counsel and the parties' supplemental briefs, and it appearing to the Court that the defendants' motions should be denied, it is this ___ day of _____, 2006;

ORDERED that defendants motions be denied.

The clerk of the Court is directed to forward copies of this Order to counsel for the parties.

_____
U.S. District Court Judge