IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KING & KING, CHARTERED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:06-cv-00324 (JDB) |
| HARBERT INTERNATIONAL, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANTS' BILHAR INTERNATIONAL ESTABLISHMENT, BILL HARBERT INTERNATIONAL CONSTRUCTION, INC., AND BILL L. HARBERT FOR LEAVE TO FILE REPLY TO PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' <u>MOTION TO DISMISS REVISED SECOND AMENDED COMPLAINT</u>**

Defendants Bilhar International Establishment, Bill Harbert International Construction, Inc. and Bill L. Harbert (hereafter "B Defendants"), by and through counsel, hereby move for leave to file a reply ("Reply") to Plaintiff King & King, Chartered's ("King & King") Supplemental Brief in Opposition to Defendants' Motion to Dismiss King & King's Revised Second Amended Complaint.

In support of their motion, B Defendants state that King & King has cited a District of Columbia case that B Defendants believe is dispositive and actually supports their arguments for dismissal of the Revised Second Amended Complaint. B Defendants seek to file a short Reply to bring this matter to the Court's attention, and they believe this Reply will materially assist the Court in deciding the pending motions to dismiss. Counsel for B Defendants contacted counsel for Plaintiff who stated that he has no objection to the relief requested herein.

- 2 -

WHEREFORE, in consideration of the foregoing, Defendants Bilhar International Establishment, Bill Harbert International Construction, Inc., and Bill L. Harbert respectfully pray that the Court grant their Motion, and accept their Reply for filing.

        Respectfully submitted,

        BILHAR INTERNATIONAL ESTABLISHMENT,
        BILL HARBERT INTERNATIONAL
          CONSTRUCTION, INC.,
        BILL L. HARBERT

By:_____/s/_____
    Laurence Schor (#11484)
    Dennis C. Ehlers (#478721)
    McManus, Schor, Asmar & Darden, LLP
    1155 15th Street, N.W.
    Suite 900
    Washington, D.C. 20005
    Telephone: (202) 296-9260
    Facsimile: (202) 659-3732

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served electronically this 9th day of June 2006 on:

Christopher M. McNulty, Esq.
King & King, Chartered
3033 N. Dickerson St.
Arlington, Virginia 22207
*Counsel for Plaintiff*

and

Michael J. McManus, Esq.
Jeffrey J. Lopez, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for Defendants Harbert International,
Inc. and Raymond J. Harbert*

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Dennis C. Ehlers