IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING & KING, CHARTERED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 1:06-cv-00324 (JDB) |
| HARBERT INTERNATIONAL, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the motion of Defendants Bilhar International Establishment, Bill Harbert International Construction, Inc., and Bill L. Harbert ("Defendants") for leave to file a reply to Plaintiff King & King, Chartered's ("Plaintiff") Supplemental Brief in Opposition to Defendants' Motion to Dismiss Plaintiff's Revised Second Amended Complaint, it is this ___ day of ___ 2006 hereby

ORDERED that Defendants' Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that the Clerk shall accept Defendants' Reply to Plaintiff's Supplemental Brief in Opposition to Defendants' Motion to Dismiss Revised Second Amended Complaint for filing.

_____
John. D. Bates
United States District Judge

LCvR 7(k) List of Attorneys Entitled to be Notified of Entry

Michael J. McManus, Esq.
Jeffrey J. Lopez, Esq.
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

Laurence Schor, Esq.
Dennis C. Ehlers, Esq.
MCMANUS, SCHOR, ASMAR & DARDEN L.L.P.
1155 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

Christopher M. McNulty, Esq.
KING & KING, CHARTERED
3033 N. Dickerson St.
Arlington, Virginia 22207
Telephone (703) 237-4576