UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,** ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No.   06-cv-00324 (JDB) |
| ) | |
| **Harbert International, Inc. *et al*,** ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
TO STRIKE PORTIONS OF PLAINTIFF'S
REVISED SECOND AMENDED COMPLAINT**

  Plaintiff does not object to Defendants', Bilhar International Establishment**,** Bill Harbert and Bill Harbert International Construction, Inc., motion to strike portions of the Revised Second Amended Complaint.  The revisions noted by defendants were unintended.  When plaintiff was revising the Second Amended Complaint to comply with the Court's Order, it discovered that it was not able to retrieve the file that contained the First Amended Complaint due to an unknown technical problem, which meant the document had to be completely retyped.  The revisions occurred during the retyping and were not detected by counsel for plaintiff during the proofreading.

               Respectfully submitted,

               King & King, Chartered.

               By:       /s/
                 Christopher M. McNulty
                 D.C. Bar No. 362550

                 King & King, Chartered
                 c/o 3033 N. Dickerson Street

                    Arlington, Virginia   22207
                    Tel: (703) 237-4576

                    Attorney for Plaintiff, King & King, Chartered