# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KING & KING, CHARTERED

    Plaintiff,

    v.

HARBERT INTERNATIONAL, INC.,
et al.

    Defendants.

Civil Action No. 06-324 (JDB)

## ORDER

Upon consideration of [12] & [13] defendants' motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the parties' memoranda in support and in opposition thereto, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this 26th day of June, 2006, hereby

**ORDERED** that the motions are **GRANTED**; it is further

**ORDERED** that plaintiff's Second Amended Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted; and it is further

**ORDERED** that [27] defendants' motion to strike portions of the Second Amended Complaint is **DENIED** as moot.

        /s/ John D. Bates
        JOHN D. BATES
        United States District Judge

Copies to:

Christopher M. McNulty
3033 North Dickerson Street
Arlington, VA  22207
Email: kingkingdc@cs.com

    *Counsel for plaintiff*


Michael J. McManus
Jeffrey J. Lopez
DRINKER, BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC  20005
Email: michael.mcmanus@dbr.com
Email: lopezjj@dbr.com

    *Counsel for the HII defendants*


Laurence Schor
Dennis C. Ehlers
MCMANUS, SCHOR, ASMAR & DARDEN, L.L.P.
1155 15th Street, NW, Suite 900
Washington, DC  20005
Email: lschor@msadlaw.com
Email: dehlers@msadlaw.com

    *Counsel for the BH defendants*