UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,** ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 06-cv-00324 (JDB) |
| ) | |
| **Harbert International, Inc.** *et al*, ) | |
| ) | |
| Defendants ) | |

### NOTICE OF APPEAL

_____Notice is hereby given that King & King, Chartered, plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of the Court granting the defendants' motions to dismiss, issued under date of June 26, 2006.

Christopher M. McNulty

King & King, Chartered
c/0 3033 N. Dickerson Street
Arlington, Virginia 22207

Tel: (703) 237-4576

Attorney for Plaintiff, King & King,
  Chartered

Case 1:06-cv-00324-JDB     Document 35     Filed 07/24/2006     Page 2 of 2