UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Case No. 06-cv-00324 (JDB) |
| ) | |
| **Harbert International, Inc.** *et al*, ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**PLAINTIFF'S MOTION FOR STAY PENDING APPEAL**

Plaintiff, King & King, Chartered, by this motion seeks to stay the Court's Order dated June 26, 2006, granting the defendants' motions to dismiss the Complaint for failure to state a cause of action pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), pending its appeal of the Order pursuant to 28 U.S.C. §1291. Plaintiff has filed its Notice of Appeal with the Court.

For the foregoing reasons, the Court should grant Plaintiff's Motion For Stay Pending Appeal.

Respectfully submitted,

King & King, Chartered

By: _____
Christopher M. McNulty
D.C. Bar No. 362550

Attorney for Plaintiff,
King & King, Chartered
c/o 3033 N. Dickerson Street
Arlington, Virginia 22207
Tel: (703) 237-4576

## Certificate of Service

I hereby certify the foregoing Motion for Stay Pending Appeal been served by placing true and accurate copies thereof, with first class, postage prepaid in the United States mail this____ day of July 2006, addressed to:

>Michael J. McManus
>Jeffrey Lopez
>Drinker, Biddle & Reath
>1500 K Street, NW
>Suite 1100
>Washington, D.C. 20005
>
>Counsel for defendants, Raymond J. Harbert and Harbert International, Inc.
>
>Laurence Schor
>Dennis C. Ehlers
>McManus, Schor, Asmar & Darden, LLP
>1155 15th Street, NW
>Suite 900
>Washington, D.C. 20005
>
>Counsel for defendants, Bill L. Harbert, Bilhar International Establishment and Bill Harbert International Construction, Inc.

_____   _____
                                          Christopher M. McNulty