July 31, 2006

<u>Hand Delivered</u>

Mr. Brian Wayne
Court Reporter
Room 4808 B
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: King & King, Chartered v. Harbert International, *et al.*
          Case No. 06-cv-00324 (JDB)

Dear Mr. Wayne,

    Pursuant to our telephone conversation and the Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit, Rule 10 please accept this letter as Appellant's, King & King, Chartered, order of the transcript of the hearing before the District Court on May 24, 2006. I have enclosed Appellant's check for the cost of the transcript.

                      Very truly yours,

                      /s/

                      Christopher M. McNulty

Enclosure

Case 1:06-cv-00324-JDB     Document 37     Filed 08/02/2006     Page 2 of 2