AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KING & KING, CHARTERED,  
                        Plaintiff,

V.

HARBERT INTERNATIONAL INC., et al.,  
                        Defendants

**BILL OF COSTS**

Case Number: 06-0324

Judgment having been entered in the above entitled action on __12/28/07__ against __King & King, Chartered__,
(date)
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk.................................................................................................... | $ _____ |
| Fees for service of summons and subpoena........................................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing....................................................................... | $716.75 |
| Fees for witnesses (itemize on reverse side)......................................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case................... | _____ |
| Docket fees under 28 U.S.C. 1923........................................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals.................................................... | _____ |
| Compensation of court-appointed experts............................................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | _____ |
| Other costs (please itemize).................................................................................... | _____ |
| **TOTAL** | **$ 716.75** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Christopher M. McNulty, Esq., King & King, Chartered, 3033 N. Dickerson Street, Arlington, Virginia 22207

Signature of Attorney: _[signature]_

Name of Attorney: __Laurence Schor__

For: Bilhar International, Bill Harbert International Bill L. Harbert  
      Name of Claiming Party

Date: 1/17/08

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk     By: _____  
                                                      Deputy Clerk                      Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
  "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
  "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
  "Entry of the judgment shall not be delayed for the taxing of costs.

| Date | Received From/Paid To | Che# | | General | | Bld | | | Trust | |
|------|----------------------|------|------|---------|------|-----|-----|------|-------|---------|
| Entry# | Explanation | Rcpt# | Rcpts | Disbs | Fees | Inv# | Acc | Rcpts | Disbs | Balance |
| **02066  BHIC** | | | | | | | | | | |
| 02066-0202 | KING & KING | | | | | | LS - LAURENCE SCHOR | | | |
| Mar 2/2006 | | | | 6.25 | | 16243 | | | | |
| 297320 | Photocopying | | | | | | | | | |
| Mar 7/2006 | | | | 3.00 | | 16243 | | | | |
| 294477 | Photocopying | | | | | | | | | |
| Mar 8/2006 | PACER SERVICE CENTER | | | 0.08 | | 16243 | | | | |
| 297333 | PACER | | | | | | | | | |
| Mar 13/2006 | | | | 54.75 | | 16243 | | | | |
| 294478 | Photocopying | | | | | | | | | |
| Mar 20/2006 | Expense Recovery | 01387 | | 61.28 | | 16243 | | | | |
| 293752 | Westlaw | | | | | | | | | |
| Mar 20/2006 | Expense Recovery | 01385 | | 1.06 | | 16243 | | | | |
| 297335 | Long distance charges | | | | | | | | | |
| Mar 20/2006 | Expense Recovery | 01387 | | 53.01 | | 16243 | | | | |
| 297336 | Westlaw | | | | | | | | | |
| Mar 20/2006 | Billing on Invoice 16243 | | | 0.00 | | 16243 | | | | |
| Mar 28/2006 | FEDEX | | | 13.25 | | 16421 | | | | |
| 296730 | Fed Ex | | | | | | | | | |
| Apr 6/2006 | PACER SERVICE CENTER | | | 1.60 | | 16421 | | | | |
| 304488 | PACER | | | | | | | | | |
| Apr 6/2006 | PACER SERVICE CENTER | | | 7.60 | | 16421 | | | | |
| 304507 | PACER | | | | | | | | | |
| Apr 17/2006 | | | | 6.75 | | 16421 | | | | |
| 301532 | Photocopying | | | | | | | | | |
| Apr 17/2006 | | | | 6.00 | | 16421 | | | | |
| 301533 | Photocopying | | | | | | | | | |
| Apr 20/2006 | Expense Recovery | 01390 | | 137.01 | | 16421 | | | | |
| 302503 | Westlaw | | | | | | | | | |
| Apr 20/2006 | Billing on Invoice 16421 | | | 0.00 | | 16421 | | | | |
| May 5/2006 | | | | 2.50 | | 16617 | | | | |
| 307758 | Photocopying | | | | | | | | | |
| May 20/2006 | Expense Recovery | 01393 | | 6.43 | | 16617 | | | | |
| 307176 | Westlaw | | | | | | | | | |
| May 20/2006 | Billing on Invoice 16617 | | | 0.00 | | 16617 | | | | |
| May 22/2006 | | | | 11.75 | | 16907 | | | | |
| 316605 | Photocopying | | | | | | | | | |
| May 22/2006 | | | | 15.25 | | 16907 | | | | |
| 316606 | Photocopying | | | | | | | | | |
| May 22/2006 | | | | 5.75 | | 16907 | | | | |
| 316607 | Photocopying | | | | | | | | | |
| May 30/2006 | | | | 1.00 | | 16907 | | | | |
| 316608 | Photocopying | | | | | | | | | |
| May 31/2006 | | | | 5.75 | | 16907 | | | | |
| 316609 | Photocopying | | | | | | | | | |
| Jun 15/2006 | Expense Recovery | 01401 | | 0.41 | | 16907 | | | | |
| 315791 | Long distance charges | | | | | | | | | |
| Jun 20/2006 | Expense Recovery | 01403 | | 153.74 | | 16907 | | | | |
| 315864 | Westlaw | | | | | | | | | |
| Jun 20/2006 | Billing on Invoice 16907 | | | 0.00 | | 16907 | | | | |
| Jul 20/2006 | Billing on Invoice 17420 | | | 0.00 | | 17420 | | | | |
| Aug 16/2006 | Expense Recovery | 01417 | | 0.03 | | 17485 | | | | |
| 327586 | Long distance charges | | | | | | | | | |
| Aug 20/2006 | Billing on Invoice 17485 | | | 0.00 | | 17485 | | | | |
| Aug 23/2006 | | | | 7.50 | | 17871 | | | | |
| 335930 | Photocopying | | | | | | | | | |
| Aug 23/2006 | | | | 8.75 | | 17871 | | | | |
| 335931 | Photocopying | | | | | | | | | |
| Aug 23/2006 | | | | 1.50 | | 17871 | | | | |
| 335932 | Photocopying | | | | | | | | | |
| Aug 23/2006 | | | | 8.25 | | 17871 | | | | |
| 335933 | Photocopying | | | | | | | | | |
| Aug 31/2006 | | | | 1.50 | | 17871 | | | | |
| 335934 | Photocopying | | | | | | | | | |
| Sep 5/2006 | | | | 5.00 | | 17871 | | | | |
| 335935 | Photocopying | | | | | | | | | |
| Sep 5/2006 | | | | 11.00 | | 17871 | | | | |
| 335936 | Photocopying | | | | | | | | | |
| Sep 11/2006 | | | | 5.25 | | 17871 | | | | |
| 335937 | Photocopying | | | | | | | | | |
| Sep 11/2006 | | | | 28.50 | | 17871 | | | | |

Client Ledger
ALL DATES

| Date | Entry# | Received From/Paid To / Explanation | Che#/Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep 14/2006 | 335938 | Photocopying | | | 4.50 | | 17871 | | | | |
| Sep 14/2006 | 335939 | Photocopying | | | 47.50 | | 17871 | | | | |
| Sep 14/2006 | 335940 | Photocopying | | | 2.75 | | 17871 | | | | |
| Sep 14/2006 | 335941 | Photocopying | | | 32.00 | | 17871 | | | | |
| Sep 14/2006 | 335942 | Photocopying | | | 0.25 | | 17871 | | | | |
| Sep 18/2006 | 335943 | Photocopying Expense Recovery | 01423 | | ~~0.19~~ | | 17871 | | | | |
| Sep 18/2006 | 333698 | Long distance charges | | | 1.00 | | 17871 | | | | |
| Sep 20/2006 | 335944 | Photocopying Expense Recovery | 01424 | | ~~1.74~~ | | 17871 | | | | |
| Sep 20/2006 | 334959 | Postage Expense Recovery | 01425 | | ~~3.60~~ | | 17871 | | | | |
| Sep 20/2006 | 335070 | Westlaw Billing on Invoice 17871 | | | 0.00 | | 17871 | | | | |
| Sep 26/2006 | | | | | 30.00 | | 18209 | | | | |
| Sep 28/2006 | 342529 | Photocopying | | | 9.75 | | 18209 | | | | |
| Oct 3/2006 | 342530 | Photocopying | | | 10.00 | | 18209 | | | | |
| Oct 3/2006 | 342531 | Photocopying | | | 7.50 | | 18209 | | | | |
| Oct 4/2006 | 342532 | Photocopying | | | 4.00 | | 18209 | | | | |
| Oct 20/2006 | 342533 | Photocopying Expense Recovery | 01432 | | ~~2.61~~ | | 18209 | | | | |
| Oct 20/2006 | 341765 | Postage Billing on Invoice 18209 | | | 0.00 | | 18209 | | | | |
| Nov 3/2006 | | | | | 0.75 | | 18451 | | | | |
| Nov 20/2006 | 346942 | Photocopying Billing on Invoice 18451 | | | 0.00 | | 18451 | | | | |
| Dec 6/2006 | | | | | 0.25 | | 19171 | | | | |
| Dec 18/2006 | 356052 | Photocopying Disbursements, Writeup/Down Inv 18451 | | | -0.75 | | 18451 | | | | |
| Dec 18/2006 | | BHIC | 12308 | | ■■■ | | 18799 | | | | |
| Dec 18/2006 | | Billing on Invoice 18799 | | | 0.00 | | 18799 | | | | |
| Jan 4/2007 | | | | | 5.25 | | 19171 | | | | |
| Jan 5/2007 | 359426 | Photocopying | | | 4.00 | | 19171 | | | | |
| Jan 5/2007 | 359427 | Photocopying | | | 9.75 | | 19171 | | | | |
| Jan 5/2007 | 359428 | Photocopying | | | 9.00 | | 19171 | | | | |
| Jan 5/2007 | 359429 | Photocopying | | | 3.00 | | 19171 | | | | |
| Jan 5/2007 | 359430 | Photocopying | | | 16.25 | | 19171 | | | | |
| Jan 8/2007 | 359431 | Photocopying | | | 0.50 | | 19171 | | | | |
| Jan 9/2007 | 359432 | Photocopying | | | 1.50 | | 19171 | | | | |
| Jan 19/2007 | 359433 | Photocopying Expense Recovery | 01453 | | ~~0.07~~ | | 19171 | | | | |
| Jan 20/2007 | 359163 | Long distance charges Billing on Invoice 19171 | | | 0.00 | | 19171 | | | | |
| Jan 30/2007 | | | | | 1.50 | | 19319 | | | | |
| Feb 1/2007 | 364433 | Photocopying | | | 1.00 | | 19319 | | | | |
| Feb 2/2007 | 364434 | Photocopying | | | 1.00 | | 19319 | | | | |
| Feb 20/2007 | 364435 | Photocopying Expense Recovery | 01464 | | ~~0.41~~ | | 19319 | | | | |
| Feb 20/2007 | 364068 | Long distance charges Billing on Invoice 19319 | | | 0.00 | | 19319 | | | | |

| Date | Received From/Paid To | Che# | | General | | Bld | | Trust | |
|---|---|---|---|---|---|---|---|---|---|
| Entry# | Explanation | Rcpt# | Rcpts | Disbs | Fees | Inv# | Acc Rcpts | Disbs | Balance |
| Mar 19/2007 | | | | 28.50 | | 19599 | | | |
| 369363 | Photocopying | | | | | | | | |
| Mar 19/2007 | | | | 9.75 | | 19599 | | | |
| 369364 | Photocopying | | | | | | | | |
| Mar 20/2007 | Expense Recovery | 01469 | | ~~182.44~~ | | 19599 | | | |
| 369010 | Westlaw | | | | | | | | |
| Mar 20/2007 | | | | 2.00 | | 19599 | | | |
| 369365 | Photocopying | | | | | | | | |
| Mar 20/2007 | Billing on Invoice 19599 | | | 0.00 | | 19599 | | | |
| Mar 26/2007 | | | | 6.00 | | 19904 | | | |
| 374814 | Photocopying | | | | | | | | |
| Mar 29/2007 | | | | 21.00 | | 19904 | | | |
| 374815 | Photocopying | | | | | | | | |
| Mar 29/2007 | | | | 4.00 | | 19904 | | | |
| 374816 | Photocopying | | | | | | | | |
| Mar 29/2007 | | | | 7.00 | | 19904 | | | |
| 374817 | Photocopying | | | | | | | | |
| Mar 30/2007 | | | | 1.50 | | 19904 | | | |
| 374818 | Photocopying | | | | | | | | |
| Apr 4/2007 | | | | 2.75 | | 19904 | | | |
| 374819 | Photocopying | | | | | | | | |
| Apr 4/2007 | | | | 2.75 | | 19904 | | | |
| 374820 | Photocopying | | | | | | | | |
| Apr 10/2007 | | | | 2.25 | | 19904 | | | |
| 374821 | Photocopying | | | | | | | | |
| Apr 12/2007 | | | | 0.50 | | 19904 | | | |
| 374822 | Photocopying | | | | | | | | |
| Apr 18/2007 | Expense Recovery | 01471 | | ~~20.00~~ | | 19904 | | | |
| 373105 | Deliver | | | | | | | | |
| Apr 18/2007 | | | | 88.00 | | 19904 | | | |
| 374823 | Photocopying | | | | | | | | |
| Apr 18/2007 | | | | 40.00 | | 19904 | | | |
| 376581 | Photocopying | | | | | | | | |
| Apr 18/2007 | | | | 48.00 | | 19904 | | | |
| 376583 | Photocopying | | | | | | | | |
| Apr 20/2007 | Expense Recovery | 01472 | | ~~4.14~~ | | 19904 | | | |
| 373931 | Postage | | | | | | | | |
| Apr 20/2007 | Expense Recovery | 01473 | | ~~504.70~~ | | 19904 | | | |
| 374324 | Westlaw | | | | | | | | |
| Apr 20/2007 | Billing on Invoice 19904 | | | 0.00 | | 19904 | | | |
| May 2/2007 | | | | 10.25 | | 20107 | | | |
| 379865 | Photocopying | | | | | | | | |
| May 20/2007 | Billing on Invoice 20107 | | | 0.00 | | 20107 | | | |
| Jun 4/2007 | | | | 0.50 | | 20443 | | | |
| 384973 | Photocopying | | | | | | | | |
| Jun 7/2007 | | | | 2.00 | | 20443 | | | |
| 384974 | Photocopying | | | | | | | | |
| Jun 20/2007 | Billing on Invoice 20443 | | | 0.00 | | 20443 | | | |
| | | | | 160.00 | | | | | |
| Jul 20/2007 | Billing on Invoice 20716 | | | 0.00 | | 20716 | | | |
| 391373 | | | | | | | | | |
| Aug 20/2007 | Billing on Invoice 20980 | | | 0.00 | | 20980 | | | |
| 396640 | | | | | | | | | |
| Aug 22/2007 | | | | 8.00 | | 21259 | | | |
| 400217 | Photocopying | | | | | | | | |
| Aug 22/2007 | | | | 5.75 | | 21259 | | | |
| 400218 | Photocopying | | | | | | | | |
| Aug 22/2007 | | | | 9.00 | | 21259 | | | |
| 400219 | Photocopying | | | | | | | | |
| Aug 22/2007 | | | | 10.00 | | 21259 | | | |
| 400220 | Photocopying | | | | | | | | |
| Aug 23/2007 | | | | 6.00 | | 21259 | | | |
| 400221 | Photocopying | | | | | | | | |
| Aug 26/2007 | PACER SERVICE CENTER | | | ~~0.00~~ | | 21259 | | | |
| 401947 | PACER | | | | | | | | |
| Aug 31/2007 | | | | 3.00 | | 21259 | | | |
| 400222 | Photocopying | | | | | | | | |
| Sep 1/2007 | McManus, Schor, Asmar & Darden, LLP | t9017 | | | | 21429 | | | |
| Sep 19/2007 | EHLERS, DENNIS C. | | | ~~10.00~~ | | 21259 | | | |
| 399528 | Cab Fare | | | | | | | | |
| Sep 19/2007 | Expense Recovery | 01498 | | ~~66.02~~ | | 21259 | | | |

| Date | Received From/Paid To | Che# | | General | | Bld | | Trust | |
|---|---|---|---|---|---|---|---|---|---|
| Entry# | Explanation | Rcpt# | Rcpts | Disbs | Fees | Inv# | Acc Rcpts | Disbs | Balance |

```
         400066 Westlaw
Sep 20/2007 Billing on Invoice 21259                        0.00           21259

Oct 31/2007 Billing on Invoice 21429                        0.00           21429
```

|  | UNBILLED | | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE+ | RECOV | FEES+ | = TOTAL | DISBS + | FEES + | TAX - | RECEIPTS | = A/R  TRUST |
| PERIOD END DATE | | | | | | | | | |

|  | UNBILLED | | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTALS | CHE+ | RECOV | FEES+ | = TOTAL | DISBS + | FEES + | TAX - | RECEIPTS | = A/R  TRUST |
| PERIOD END DATE | | | | | | | | | |

```
REPORT SELECTIONS
Report:                    Client Ledger
Layout Template:           All
Requested by:              admin
Finished:                  Wednesday, January 09, 2008 at 03:25:37 PM
Date Range:                ALL DATES
Matters:                   02066-0202
Clients:                   All
Major Clients:             All                    Firm Totals Only:                No
Responsible Lawyer:        All                    Entries Shown - Billed Only:     No
Client Intro Lawyer:       All                    Entries Shown - Disbursements:   Yes
Matter Intro Lawyer:       All                    Entries Shown - Receipts:        No
Assigned Lawyer:           All                    Entries Shown - Trust:           No
Type of Law:               All                    Entries Shown - Time or Fees:    No
Sort by Resp Lawyer:       No                     Working Lawyer:                  No
New Page for Each Lawyer:  No                     Incl. Matters with Retainer Bal: No
New Page for Each Matter:  No                     Incl. Matters with Neg Unbld Disb: No
Consolidate Payments:      No                     Show Interest:                   No
No Activity Date:          Dec 31/2199            Trust Account:                   All
Select From:               Active, Inactive Matters
Include Corrected Entries: No                     Show Client Address:             No
Ver:                       6.60c                  Totals Only:                     No
```