# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7119                                    September Term, 2007

KING & KING, CHARTERED,
                                APPELLANT

v.

HARBERT INTERNATIONAL, INC., ET AL.,
                                APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    OCT 1 2 2007

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 06cv00324)

Before: HENDERSON, RANDOLPH and BROWN, *Circuit Judges*.

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

MANDATE
Pursuant to the provisions of Fed. R. App.Proc.41(a)
ISSUED: 12/26/07
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: October 12, 2007

Opinion for the court filed by Circuit Judge Brown.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

BY:                          Deputy Clerk