UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **King & King, Chartered,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**Harbert International, Inc.** *et al*, )<br>)<br>**Defendants** )<br>) | Case No.  06-cv-00324 (JDB) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' BILL OF COSTS**

Under date of January 17, 2008, Defendants, Bill L. Harbert, Bill Harbert International Construction, Inc. and Bilhar International Establishment filed a Bill of Costs seeking to tax Plaintiff, King & King, Chartered, with costs totaling $716.75, described in the Bill as "Fees and Disbursements for Printing.  Attached to the Bill, in support of the costs claimed was a four page document listing various dates of disbursements, spanning the period from March 2, 2006 to August 31, 2007.  All of the disbursements were described only as "Photocopying" and no further information, such as the number of pages involved or the purpose of the photocopying was provided.

Plaintiff objects to Defendants' Bill on the following grounds:

1.  Fees and Disbursements for Printing are not identified in either FRCP 54 or Local Rule 54.1 (d) as a taxable cost.

2. To the extent Defendants may seek to amend the Bill to seek recovery of the costs claimed pursuant to Local Rule 54.1 (d) 9, the costs exceed $300.

3. Insufficient information has been provided by Defendants to determine whether the costs

claimed are reasonable as no information has been provided with respect to the number of pages involved so that a per page rate can be determined.

4. Plaintiff has not received a copy of the Bill despite Defendants' Declaration that a copy was mailed to it.

Respectfully submitted,

_____/s/_____
Christopher M. McNulty
D.C.Bar No. 362550

Attorney for Plaintiff,
King & King, Chartered

King & King, Chartered
3033 N. Dickerson Street
Arlington, Virginia 22207

Tel: (202) 390-8484

## Certificate of Service

I hereby certify, under penalty of perjury, that I served the foregoing Plaintiff's Opposition to Defendants' Bill of Costs, by placing true and accurate copies thereof in the United States Mail this 28th day of January 2008, with prepaid first class postage affixed thereto, addressed to:

| | |
|---|---|
| Lawrence Schor, Esquire | Michael McManus, Esquire |
| Dennis Ehlers, Esquire | Jeffrey Lopez, Esquire |
| McManus, Schor, Asmar & Darden, LLP | Drinker, Biddle & Reath, LLP |
| Suite 900 | Suite 1100 |
| 1155 15th Street, N.W. | 1500 K Street, N.W. |
| Washington, D.C. 20005 | Washington, D.C. 20005 |

_____/s/_____
Christopher M. McNulty