AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KING & KING, CHARTERED,
                Plaintiff,

V.

HARBERT INTERNATIONAL INC., et al.,
                Defendants

**BILL OF COSTS**

Case Number: 06-0324
Judge John D. Bates

Judgment having been entered in the above entitled action on __12/28/07__ against __King & King, Chartered__,
(date)
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk............................................................................................ | $ |
| Fees for service of summons and subpoena........................................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $716.75 |
| Fees and disbursements for printing.................................................................. | |
| Fees for witnesses (itemize on reverse side)...................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case..... | |
| Docket fees under 28 U.S.C. 1923.................................................................... | |
| Costs as shown on Mandate of Court of Appeals................................................ | |
| Compensation of court-appointed experts......................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize)............................................................................. | |
| TOTAL | $ 716.75 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Christopher M. McNulty, Esq., King & King, Chartered, 3033 N. Dickerson Street, Arlington, Virginia 22207

Signature of Attorney: _[signature]_

Name of Attorney: Laurence Schor

For: Bilhar International, Bill Harbert International Bill L. Harbert
    Name of Claiming Party

Date: 1/17/08

Costs are taxed in the amount of __$300.00__ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jeffrey Blanchard_
    Deputy Clerk

Date: 3/18/08

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

# MEMORANDUM

TO: LAURENCE SCHOR
FROM: JEFFREY BLANCHARD
CASE: KING & KING, CHARTERED v. HARBERT INTERNATIONAL #06-324
DATE: MARCH 18, 2008

The taxing of costs has been completed in the above-referenced case. The full amount was not awarded for the following reasons:

| Category | Amount Requested | Amount Allowed |
|---|---|---|
| Printing | $716.75 | $300.00 |

**Reason: Although this was listed under printing, it was for copying costs. The local rules limit copying costs excluding exhibits to $300.00.**

cc: Opposing counsel